UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL MARIA NIEVES LALVAY, | No. 1:26-cv-04604-DAD-CKD (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS* |
| WARDEN, CALIFORNIA CITY PROCESSING CENTER, | (Doc. Nos. 1, 7) |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 14, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition (Doc. No. 1) be granted and he be ordered released from custody.  (Doc. No. 7.)  Specifically, the magistrate judge concluded that the government unlawfully detained petitioner pursuant to 8 U.S.C. § 1225(b) when instead he is subject to discretionary detention pursuant to § 1226(a).  (*Id.* at 3–5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 5–6.)  On July 21, 2026, respondent filed objections to the pending findings and recommendations which are comprised of a single

1

sentence stating that respondent objects for the same reasons presented in its prior briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 14, 2026 (Doc. No. 7), are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Fidel Maria Nieves Lalvay, A-File No. 221-492-587, from respondent's custody;

   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge at which hearing the burden will be set in accordance 8 U.S.C. § 1226 (a) and its implementing regulations;

3. The Clerk of the Court is directed to serve the California City Immigration Processing Center with a copy of this order; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **July 22, 2026**                          _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

2